# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| STEVEN J. HOFFMAN and TINA M. HOFFMAN, | ) Case No.: 2:13-CV-00239-APG-PAL |
|---|---|
| Plaintiffs, | ) |
| vs. | ) |
| GOLDMAN, SACHS & CO., et al., | ) |
| Defendants. | ) |

### ORDER

On October 28, 2013, the Court granted Defendants Goldman, Sachs & Co.'s, Loop Capital Markets', and Wells Fargo Bank, N.A.'s respective Motions to Dismiss. (Order (Doc. #29).) The Court dismissed Plaintiffs' Complaint without prejudice, and provided Plaintiffs with an opportunity to file an amended complaint within 30 days of the Order. The Order stated that if Plaintiffs failed to amend their Complaint within 30 days, the Court would close the case. Plaintiffs did not file an amended complaint.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED.

DATED this 3rd day of February, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1